# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNAMARIE D. RIETHMILLER,

    Plaintiff,

v.                                             Case No. 8:10-cv-1763-T-30TGW

DANUTA FABISIAK, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Notice of Limited Appearance to Dismiss Suit filed on behalf of Defendants William Riethmiller, Danuta Fabisiak, and Charles Kennedy ("Defendants") (Dkt. 8). Defendants argue, in part, that the Court lacks jurisdiction in this matter as the matter is presently pending in state court which is the proper venue. The Court agrees. The Court previously dismissed this case, without prejudice, in Case No. 8:10-mc-00084-JSM-EAJ under the *Rooker-Feldman* doctrine, which is explained in detail in the Order dated July 13, 2010 (Dkt. 2).[1] For the reasons stated in that Order and for the reasons stated in the subsequent orders of dismissal of Plaintiff's case, Defendants' motion to dismiss must be granted.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendants' Motion to Dismiss Case (Dkt. 8) is hereby GRANTED.

---

[1] Subsequently, Plaintiff filed similar actions in Case No. 8:10-mc-00094-SDM-TGW and Case No. 8:10-mc-00095-VMC-EAJ, which were similarly dismissed for lack of jurisdiction.

2. This case is dismissed, without prejudice. Any further filings from Plaintiff regarding these same issues may subject Plaintiff to sanctions from the Court.

3. The CLERK is directed to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1763.dismissal.frm